UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-02164 ADS                                      Date:  August 26, 2019

Title:  *Albert Castro v. Andrew M. Saul, Commissioner of the Social Security Administration*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):
              None Present                                           None Present

**Proceedings:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

On December 6, 2018, Plaintiff, appearing pro se, filed this civil lawsuit seeking review of a decision of the Commissioner of the Social Security.

On December 11, 2018, a Case Management Order was issued.  [Docket ("Dkt.") No. 6].  On April 18, 2019, Defendant served Plaintiff with a copy of the Certified Administrative Record ("CAR").  [Dkt. No. 17].  On May 30, 2019, Defendant filed an Answer.  [Dkt. No. 18].  Pursuant to the Case Management Order, Plaintiff's written settlement proposal was due to Defendant by May 2, 2019 (within 14 days of service of the CAR) and Plaintiff's portion of the joint submission was due to Defendant by July 5, 2019 (within 35 days from filing of the Answer).  On August 22, 2019, Defendant filed a Notice advising the Court that it has not yet received either the settlement proposal or Plaintiff's portion of the joint submission.  [Dkt. No. 20].

Plaintiff is **hereby ordered** to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than **September 10, 2019**.  To meet this order, Plaintiff must file a statement with the Court explaining why he has failed to comply with the Case Management Order to send either a written settlement proposal or his portion of the joint submission to Defendant.  If Plaintiff intends to move forward with this case, Plaintiff is further ordered to send Defendant a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   8:18-02164 ADS                                            Date:  August 26, 2019

Title:  Albert Castro v. Andrew M. Saul, Commissioner of the Social Security
         Administration

written settlement proposal by no later than **September 10, 2019**.  If Plaintiff has decided to no longer pursue this case, he may file a request for dismissal of the action. Defendant is to notify the Court within 24 hours of the above deadline if Defendant has not received a settlement proposal from Plaintiff.

**Failure to timely file the explanation with the Court and the settlement proposal to Defendant, as directed above, may result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh