UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-02164 ADS                                        Date:  November 19, 2019

Title:  *Albert Castro v. Andrew M. Saul, Commissioner of the Social Security Admin.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present                                                None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE & OBEY COURT ORDER**

On December 6, 2018, Plaintiff, appearing pro se, filed this civil lawsuit seeking review of a decision of the Commissioner of the Social Security.

On December 11, 2018, a Case Management Order was issued. [Docket ("Dkt.") No. 6]. On April 18, 2019, Defendant served Plaintiff with a copy of the Certified Administrative Record ("CAR"). [Dkt. No. 17]. On May 30, 2019, Defendant filed an Answer. [Dkt. No. 18]. Pursuant to the Case Management Order, Plaintiff's written settlement proposal was due to Defendant by May 2, 2019 (within 14 days of service of the CAR) and Plaintiff's portion of the Joint Submission was due to Defendant by July 5, 2019 (within 35 days from filing of the Answer). On August 22, 2019, Defendant filed a Notice advising the Court that it had not yet received either the settlement proposal or Plaintiff's portion of the Joint Submission. [Dkt. No. 20].

In response to Defendant's Notice, this Court issued an Order to Show Cause ("OSC") on August 26, 2019, ordering Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than September 10, 2019. [Dkt. No. 21]. Plaintiff was further ordered to send Defendant a written settlement proposal by no later than September 10, 2019. Defendant was

instructed to notify the Court within 24 hours of the above deadline if Defendant had not received a settlement proposal from Plaintiff.

On September 5, 2019, Plaintiff filed a Response to the OSC stating that he had failed to comply with the deadline due to his misunderstanding of the procedures.  [Dkt. No. 22].  Plaintiff further stated that he would send Defendant a written settlement proposal by no later than September 10, 2019.

Due to the fact that Defendant has provided no notice to this Court, as instructed, that Plaintiff did not timely send the settlement proposal, the Court assumes Plaintiff did so.

Pursuant to the December 11, 2018 Case Management Order, the parties' Joint Submission was to be filed within ninety-one (91) days from the filing of the Answer.  Defendant filed an Answer on May 30, 2019.  Accordingly, the Joint Submission was due to be filed on August 29, 2019.  To date, no Joint Submission has been filed and no request for an extension has been made.

Plaintiff is **hereby ordered** to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than **December 3, 2019**.  To meet this order, a Joint Submission may be filed, or Plaintiff may file a statement with the Court explaining why the parties have failed to timely file the Joint Submission in accordance with the Case Management Order and specify a date by which one will be filed.  If Plaintiff has decided to no longer pursue this case, he may file a request for dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a) or a stipulation to do so signed by all parties.

**Failure to timely file the responses to this OSC with the Court, as directed above, may result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh